THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Troy Goffe, Appellant.
 
 
 
 
 

Appeal From Aiken County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No.  2010-UP-346  
 Submitted June 1, 2010  Filed July 6,
2010

AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General Julie M. Thames, all of
 Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Troy
 Goffe appeals his convictions for first-degree burglary and possession of tools
 or other implements capable of being used in crime.  Goffe argues the trial
 court erred in failing to instruct the jury the inference of an intent to commit a crime was permissive.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities: Rule 20(b),
 SCRCrimP ("Notwithstanding any request for legal instructions, the parties
 shall be given the opportunity to object to the giving or failure to give an
 instruction before the jury retires, but out of the hearing of the jury. . . . Failure
 to object in accordance with this rule shall constitute a waiver of
 objection."); State v. Avery, 333 S.C. 284, 296, 509 S.E.2d
 476, 483 (1998) (holding when an appellant fails to object to a jury
 instruction, the issue is not preserved for appeal).  
AFFIRMED.
FEW, C.J.,
 KONDUROS, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.